```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 17885
   FERMIN RODRIGUEZ
   LORA RODRIGUEZ                              CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-5709      SSN XXX-XX-7117

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 09/29/2007 and was not confirmed.

     The case was dismissed without confirmation 01/30/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
-------------------------------------------------------------------------------
SANTANDER CONSUMER USA     SECURED VEHIC    6884.05            .00         524.20
HOME LOAN SERVICES INC     CURRENT MORTG        .00            .00            .00
HOME LOAN SERVICES INC     MORTGAGE ARRE    9876.06            .00            .00
FIRST FRANKLIN LOAN        CURRENT MORTG        .00            .00            .00
FIRST FRANKLIN LOAN        MORTGAGE ARRE     862.73            .00            .00
FIRST FRANKLIN             UNSECURED      NOT FILED            .00            .00
NUVELL CREDIT CO LLC       SECURED VEHIC   18316.03            .00         548.83
NUVELL CREDIT CO LLC       UNSECURED         422.97            .00            .00
AMERICAN GENERAL FINANCE   UNSECURED      NOT FILED            .00            .00
BALABAN FURNITURE          SECURED NOT I     260.00            .00            .00
CAPITAL ONE AUTO FINANCE   UNSECURED        9062.10            .00            .00
COLUMBIA HOUSE             UNSECURED      NOT FILED            .00            .00
CREDIT PROTECTION ASSOC    UNSECURED      NOT FILED            .00            .00
PREMIER BANKCARD           UNSECURED         272.91            .00            .00
GREAT AMERICAN FINANCE     UNSECURED      NOT FILED            .00            .00
GREAT AMERICAN FINANCE     UNSECURED         102.00            .00            .00
JC CHRISTENSEN & ASSOC     UNSECURED      NOT FILED            .00            .00
NCO FIN/99                 UNSECURED      NOT FILED            .00            .00
OMNIUM WORLDWIDE           UNSECURED      NOT FILED            .00            .00
REGIONAL ADJUSTMENT BURE   UNSECURED      NOT FILED            .00            .00
SANTANDER CONSUMER USA     UNSECURED          89.50            .00            .00
CAPITAL ONE                UNSECURED         133.24            .00            .00
CAPITAL ONE                UNSECURED        1209.59            .00            .00
CHASE BANK USA NA          UNSECURED        1096.64            .00            .00
HOME LOANS SERVICES INC    NOTICE ONLY    NOT FILED            .00            .00
GREAT AMERICAN FINANCE     SECURED          1658.00            .00          26.36
AMERICAN GENERAL FINANCE   SECURED           634.32            .00          33.45
PREMIER BANKCARD           UNSECURED         114.62            .00            .00
FINGERHUT DIRECT MARKETI   UNSECURED         149.93            .00            .00
FINGERHUT DIRECT MARKETI   UNSECURED          87.00            .00            .00
BURNS & WINCEK LTD         DEBTOR ATTY     3,000.00                         505.72
TOM VAUGHN                 TRUSTEE                                          121.44
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 17885 FERMIN RODRIGUEZ & LORA RODRIGUEZ
```

```
--------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  1,760.00

PRIORITY                                             .00
SECURED                                         1,132.84
UNSECURED                                            .00
ADMINISTRATIVE                                    505.72
TRUSTEE COMPENSATION                              121.44
DEBTOR REFUND                                        .00
                        ---------------    ---------------
TOTALS                   1,760.00            1,760.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 04/23/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 17885 FERMIN RODRIGUEZ & LORA RODRIGUEZ